# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-2629

_____

Jeffrey W. Pettit

*Plaintiff - Appellant*

v.

Nancy A. Berryhill[1], Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: March 15, 2017
Filed: March 20, 2017
[Unpublished]

_____

Before RILEY, ARNOLD and COLLOTON, Circuit Judges.

_____

PER CURIAM.

---

[1]Nancy A. Berryhill has been appointed to serve as Acting Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Jeffrey W. Pettit appeals the district court's[2] order affirming the denial of disability insurance benefits (DIB). We agree with the district court that substantial evidence supports the determination that Mr. Pettit is not entitled to DIB for the period at issue here, i.e., from February 2001 through March 2004. See Teague v. Astrue, 638 F.3d 611, 614 (8th Cir. 2011) (de novo review). Specifically, we find that because the administrative law judge's (ALJ's) determination that Mr. Pettit's subjective complaints were not entirely credible was based on several valid reasons, this determination is entitled to deference, see Mabry v. Colvin, 815 F.3d 386, 389 (8th Cir. 2016) (this court defers to credibility findings if they are supported by good reasons and substantial evidence); and that the ALJ's determination of Mr. Pettit's residual functional capacity (RFC) was also supported by the relevant evidence, see Boyd v. Colvin, 831 F.3d 1015, 1020 (8th Cir. 2016) (it is ALJ's responsibility to determine RFC based on all relevant evidence: medical records, observations of treating physicians and others, and claimant's own description of his limitations). The judgment of the district court is affirmed.

_____

[2]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.